IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02340-WYD-PAC

PATRICK J. SEURYNCK, and
JANICE SEURYNCK,

    Plaintiff(s),

v.

RICHARD L. TALLMAN,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Vacate Scheduling Conference [filed January 11, 2006; Doc. No. 8] is **GRANTED** as follows:

    The Settlement Conference set for January 13, 2006 is *vacated.*

Dated: January 12, 2006