IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02340-WYD-PAC
    Consolidated with Civil Action No. 05-cv-02367-WYD-PAC
    and Civil Action No. 05-cv-02524-WYD-PAC

PATRICK J. SEURYNCK, and
JANICE SEURYNCK,

    Plaintiff(s),

St. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Plaintiff-Intervenor,

v.

RICHARD L. TALLMAN and
SUE GROVER TALLMAN,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
February 24, 2006

    Pursuant to the Clerk's record, defendants have filed an Answer to plaintiff's Amended Complaint and Jury Demand. See Answer, Doc. # 19. Accordingly, it is hereby

    ORDERED that plaintiffs' opposed Motion for Leave to File Amended Complaint and Jury Demand, Doc. # 15 is confessed and is therefore <u>granted</u>. It is further

    ORDERED that the Clerk shall file the Amended Complaint and Jury Demand today. Defendants need not further answer; instead, Defendants' Answer, filed February 17, 2006 shall be considered their timely response to plaintiffs' Amended Complaint and Jury Demand filed this date.