IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02340-WYD-PAC
(Consolidated with Civil Action No. 05-cv-2367 & No. 05-cv-2524)

PATRICK J. SEURYNCK,
JANICE SEURYNCK,
JOANIE HAGGERTY,
BONNIE SNYDER, Individually and by her next best friend,
DONALD SNYDER, Court Appointed Conservator,

  Plaintiffs,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY

  Plaintiff-Intervenor,

v.

RICHARD L. TALLMAN and SUE GROVER TALLMAN

  Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

  Defendant Sue Grover Tallman's F.R.C.P. 56 Motion for Summary Judgment Re Family Car Doctrine, filed March 14, 2006, is **STRICKEN** with leave to refile in compliance with this Court's Hearing, Conference and Trial Procedures, specifically section VI (Special Instructions Concerning Motions for Summary Judgment).

  Dated:  March 14, 2006

             s/ Michelle M. Merz
             Law Clerk to
             Wiley Y. Daniel
             U. S. District Judge