IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02340-WYD-PAC
(Consolidated with Civil Action No. 05-cv-2367 & No. 05-cv-2524)

PATRICK J. SEURYNCK,
JANICE SEURYNCK,
JOANIE HAGGERTY,
BONNIE SNYDER, Individually and by her next best friend,
DONALD SNYDER, Court Appointed Conservator,

    Plaintiffs,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY

    Plaintiff-Intervenor,

v.

RICHARD L. TALLMAN and SUE GROVER TALLMAN

    Defendants.

## ORDER DISMISSING CASE

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice, filed December 8, 2006 (docket #69).  In the Stipulation, the parties state that they have resolved all issues between them.  Upon consideration of the Stipulation and file in this case, I find that this matter shall be **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

    Dated:  December 11, 2006:

                                BY THE COURT:
                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge